IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY TURNER,<br>    a/k/a Jaremy Turner<br><br>Defendant. | CRIMINAL NO. 19-CR-30141-SMY |

## STIPULATION OF FACTS

Comes now Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Norman R. Smith, Assistant United States Attorney for said District, and herewith enters into the following Stipulation of Facts with the Defendant, Jeremy Turner and his counsel, Donnell Smith.

1. At all relevant times, there was a federal Southern Illinois Public Corruption Task Force consisting of agents with the Federal Bureau of Investigation, Internal Revenue Service/Criminal Investigations and a federal task force officer with the Illinois State Police.

2. The federal Southern Illinois Public Corruption Task Force had a federal criminal investigation into embezzlement by the Executive Director of the Lessie Bates Davis Neighborhood House and whether kickbacks or illegal gratuities were received by the Executive Director in exchange for contracts or payments from Lessie Bates Davis Neighborhood House to third parties.

3. Teach Me Technology, LLC was a Texas limited liability company owned by Jeremy Turner. Between June and July of 2017, Lessie Bates Davis Neighborhood House, at the direction of Christopher K. Coleman, paid Teach Me Technology LLC c/o Jeremy Turner in excess

of $40,000 for which no services or product was received. Out of the funds received, Jeremy Turner made payments by cash and check back to Christopher K. Coleman.

4. On or about April 9, 2019, in St. Clair County within the Southern District of Illinois, and elsewhere, Jeremy Turner, a/k/a Jaremy Tuner did willfully and knowingly make, and cause to be made, materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of a department or agency of the United States, attempting to obstruct the due administration of justice in the investigation, by telling an Internal Revenue Service/Criminal Investigations Special Agent and a federal task force officer that he, Jeremy Turner, did not provide any cash back to Coleman from the checks that Lessie Bates Davis Neighborhood House provided to Teach Me Technology LLC. The statement was materially false in that Jeremy Turner knew that he had made cash payments to Christopher K. Coleman from the money that was received from the Lessie Bates Davis Neighborhood House.

5. In July of 2016, Christopher K. Coleman became the Executive Director of the Lessie Bates Neighborhood House. As Executive Director he was in charge of overseeing the operation including its fiscal affairs. From July of 2016 through December of 2017, Christopher K. Coleman embezzled funds from the Lessie Bates Neighborhood House for the benefit of himself and others.

6. From in or about July of 2016 through in or about June of 2017, [ a one-year period for jurisdictional purposes] in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere, Jeremy Turner aided and abetted Christopher K. Coleman, the Executive Director of Lessie Bates Davis Neighborhood House, an agent of an organization that received federal funds in excess of $10,000 in embezzling property worth at least $5,000 under the control of the Lessie Bates Davis Neighborhood House, Inc.

7. Jeremy Tuner assisted Christopher K. Coleman in the creation and submission of false invoices from Teach Me Technologies for payment by the Lessie Bates Davis Neighborhood House. As a result of the false invoices Jeremy Tuner received checks on or about June 27, 2017 in the amount of $13,008.16, $27,195.50, and $4,879 from the Lessie Bates Davis Neighborhood House for which no service or product was provided. In exchange, Jeremy Tuner returned a portion of the proceeds of the checks to Christopher K. Coleman.

**SO STIPULATED:**

JEREMY TURNER
Defendant

DONNELL SMITH
Attorney for Defendant

Date: 1-9-2020

STEVEN D. WEINHOEFT
United States Attorney

NORMAN R. SMITH
Assistant United States Attorney

3